UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ELENA PYLE,

                Plaintiff,

v.

PERFORMANT RECOVERY, INC.,

                Defendant

---

Civ. No: 1:14-cv-05102-ERK-JMA

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 28, 2014 Stipulation of Dismissal, all claims asserted in Civil Action No: 1:14-cv-05102-ERK-JMA, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** \_\_4\_\_ **day of** \_\_Dec\_\_, 2014.

                /s/ Judge Edward R. Korman

                HON. EDWARD R. KORMAN
                UNITED STATES DISTRICT JUDGE